# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 106 MM 2021

             Respondent           :

             v.           :

SEAN C. CRAWFORD,           :

             Petitioner           :

## ORDER

**PER CURIAM**

      **AND NOW**, this 2nd day of December, 2021, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus and the Application for an Immediate Hearing are DENIED.